UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

IN RE:  
Antonia Genice Salazarte  
a/k/a Antonia Funderburk,  
Debtor.  
_____/

CASE NO.: 05-28771-PGH

**ANY INTERESTED PARTY WHO FAILS TO FILE AND SERVE A WRITTEN RESPONSE TO THIS MOTION WITHIN 15 DAYS AFTER THE DATE OF SERVICE STATED IN THIS MOTION SHALL, PURSUANT TO LOCAL RULE 4001-1(C), BE DEEMED TO HAVE CONSENTED TO THE ENTRY OF AN ORDER GRANTING THE RELIEF REQUESTED IN THE MOTION**

### CREDITOR, HYUNDAI MOTOR FINANCE COMPANY'S, MOTION SEEKING RELIEF FROM AUTOMATIC STAY PURSUANT TO BANKRUPTCY RULE 4001

Hyundai Motor Finance Company, by and through its undersigned counsel, hereby moves this Honorable Court for Relief from Automatic Stay imposed pursuant to Section 362 of the Bankruptcy Code, and as grounds therefore would show as follows:

1. That the Court has jurisdiction over this matter pursuant to 20 U.S.C. Section 1471 and 11 U.S.C. Section 362, 363, and 552(b).

2. That this motion is made pursuant to Bankruptcy Rule 4001, and in conformity with Rule 9014.

3. That the Debtor was at the time of the filing of the petition, and still is, justly and truly indebted to the movant in the minimum amount of: $11,164.85 as to the 2003 Hyundai Accent VIN: KMHCG45C03U429120.

4. That this indebtedness is established by the Reinstallment Contract signed by the Debtor herein, as evidenced by composite Exhibit 'A' which is attached hereto and incorporated herein by reference.

5. That there are no setoffs or counterclaims to this debt, and it is free from any change forbidden by law.

6. Pursuant to the attached exhibits, the movant has a fully protected security interest in the collateral listed herein.

7. That there is no equity in the collateral, the 2003 Hyundai Accent VIN: KMHCG45C03U429120 has a value of $5,550.00, and it is not necessary to the reorganization of the estate.

8. The account as to the 2003 Hyundai Accent VIN: KMHCG45C03U429120 is due for February 28, 2005 for the regular monthly installment of $325.95 and a past due amount of $2933.55.

9. Movant objects to and requests a hearing on any claim of the Debtor seeking to exempt this collateral.

10. Debtor had a reasonable opportunity to redeem the collateral.

11. The property has been claimed exempt by the debtor or abandoned by the trustee.

12. Estimated total time to hear this Motion, if a hearing is required is ten (10) minutes.

WHEREFORE, Hyundai Motor Finance Company moves this Honorable Court for an Order granting relief from the Section 362 stay and providing this Creditor with adequate protection, as the Court deems appropriate under the circumstances of this case.

## CERTIFICATION OF ATTORNEY

     I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

                                      Hiday & Ricke, P.A.

                                      By: _____
                                      Jeffrey Becker, Esquire
                                      Attorney for Creditor
                                      P.O. Box 550858
                                      Jacksonville, Florida 32255-0858
                                      (904) 363-2769; Fax: 904) 363-0538
                                      Florida Bar No. 792977
                                      File #200518250

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail this ____ day of December, 2005 to: Sonya Salkin, 1776 N Pine Island Rd #216, Plantation, FL. 33322, Assistant U.S. Trustee, 51 SW First Ave., Rm 1204, Miami, FL. 33130, Antonia Genice Salazarte, 10550 West State Rd. 84 #143, Davie, FL. 33324, David Marshall Brown, 33 NE 2nd Street, Suite 208, Fort Lauderdale, FL. 33301.

                                      Hiday & Ricke, P.A.

                                      By: _____
                                      Jeffrey R. Becker, Esquire
                                      Post Office Box 550858
                                      Jacksonville, FL 32255
                                      (904) 363-2769  Fax: (904) 363-0538
                                      Email: litigate@hidayricke.com
                                      Florida Bar No.: 0792977
                                      File # 200518250



*200518250-110-3-25*

| Buyer (and Co-Buyer) Name and Address (Including County and Zip Code) | Creditor - Seller (Name and Address) |
|---|---|
| ANTONIA GENICE SALAZARTE<br>1670 W 39 PL #1303<br>HIALEAH, FL 33012<br>Buyer's Month of Birth: MAY | POTAMKIN HYUNDAI INC.<br>16600 NW 57TH AVE<br>MIAMI, FL 33014 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Creditor - Seller (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge according to the payment schedule below. We will figure your finance charge on a daily basis at the Base Rate of 3.100% per year. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used/Demo | Year | Make and Model | Weight (lbs.) | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| NEW | 2003 | HYUNDAI ACCENT | | KMHCG45C03U429120 | ☒ personal, family or household<br>☐ business<br>☐ agricultural ☐ _____ |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $700.00 is |
|---|---|---|---|---|
| 13.10 % | $ 5339.94 | $ 14217.06 | $ 19557.00 | $ 20257.00 |

**Your Payment Schedule Will Be:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 60 | 325.95 | Monthly beginning 23 FEB 2003 |

Or As Follows:

**Late Charge.** If payment is not received in full within 10 days after it is due, you will pay a late charge of 5 % of the part of the payment that is late.
**Prepayment.** If you pay off all your debt early, you may have to pay a penalty.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, prepayment penalties, any required repayment in full before the scheduled date and security interest.

**Insurance.** You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit. Your choice of insurance providers will not affect our decision to sell or extend credit to you.
If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

Check the insurance you want and sign below:
**Optional Credit Insurance**
☐ Credit Life: ☐ Buyer ☐ Co-Buyer ☐ Both
☐ Credit Disability (Buyer Only)
Premium:
Credit Life $ N.A.
Credit Disability $ N.A.
Insurance Company Name _____
_____
Home Office Address _____

Credit life insurance and credit disability insurance are not required to obtain credit. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown below.

If the box above is checked to indicate that you want credit life insurance, please read and sign the following acknowledgments:
1. You understand that you have the option of assigning any other policy or policies you own or may procure for the purpose of covering this extension of credit and that the policy need not be purchased from us in order to obtain the extension of credit.

| Buyer | Date |
|---|---|
| Co-Buyer | Date |

2. You understand that the credit life coverage may be deferred if, at the time of application, you are unable to engage in employment or unable to perform normal activities of a person of like age and sex. (You need not sign this acknowledgment if the proposed credit life insurance policy does not contain this restriction.)

| Buyer | Date |
|---|---|
| Co-Buyer | Date |

3. You understand that the benefits under the policy will terminate when you reach a certain age and affirm that your age is accurately represented on the application or policy.

**ITEMIZATION OF AMOUNT FINANCED**
1 Cash Price (including $ 849.36 sales tax) ............................................................... $ 14172.01 (1)
2 Total Downpayment =
   Trade-In _____
      (Year)    (Make)    (Model)
   Trade-In _____
      (VIN)
   Gross Trade-In-Allowance ........................ $ N.A.
   Less Pay Off Made By Seller ................... $ N.A.
   Equals Net Trade In ................................ $ N.A.
   + Cash ........................................................ $ 200.00
   + Other REBATE ....................................... $ 500.00
   (If total downpayment is negative, enter "0" and see 4H below) ........... $ 700.00 (2)
3 Unpaid Balance of Cash Price (1 minus 2) ........................................................... $ 13472.01 (3)
4 Other Charges Including Amounts Paid to Others on Your Behalf
   (Seller may keep part of these amounts):
   A Cost of Optional Credit Insurance Paid to the Insurance
      Company or Companies.
      Life              $ N.A.
      Disability        $ N.A.                                                                $ N.A.
   B Other Insurance Paid to the Insurance Company                                           $ N.A.
   C Official Fees Paid to Government Agencies                                               $ N.A.
   D Government Documentary Stamp Taxes                                                      $ 50.05
   E Other Taxes Not Included in Cash Price                                                  $ N.A.
   F Government License and/or Registration Fees

| | | |
|---|---|---|
| B | Other Insurance Paid to the Insurance Company | $ N.A. |
| C | Official Fees Paid to Government Agencies | $ N.A. |
| D | Government Documentary Stamp Taxes | $ 50.05 |
| E | Other Taxes Not Included in Cash Price | $ N.A. |
| F | Government License and/or Registration Fees (identify) | $ 191.00 |
| G | Government Certificate of Title Fees | $ 7.00 |
| H | Other Charges (Seller must identify who is paid and describe purpose) | |
| | to _____ for Prior Credit or Lease Balance | $ N.A. |
| | to _____ for _____ | $ N.A. |
| | to STATE OF F for MVWFA | $ 2.00 |
| | to AHIS for GAP PROT | $ 495.00 |
| | Total Other Charges and Amounts Paid to Others on Your Behalf | $ 745.05 (4) |
| 5 | Loan Processing Fee Paid to Seller (Prepaid Finance Charge) | $ N.A. (5) |
| 6 | Amount Financed (3 plus 4) | $ 14217.05 (6) |

Payment Schedule: 60 installments of $ 325.95 each, monthly beginning 02/23/2003 or as follows _____

**Co-Buyer** _____ Date _____

3. You understand that the benefits under the policy will terminate when you reach a certain age and affirm that your age is accurately represented on the application or policy.

**Buyer** _____ Date _____

**Co-Buyer** _____ Date _____

**Other Insurance**
☐ _____
Type of Insurance _____ Term _____
Premium $ N.A.
Insurance Company Name _____
Home Office Address _____
I want the insurance checked above.

**Buyer Signature** _____ Date _____

**Co-Buyer Signature** _____ Date _____

LIABILITY INSURANCE COVERAGE FOR BODILY INJURY AND PROPERTY DAMAGE CAUSED TO OTHERS IS NOT INCLUDED IN THIS CONTRACT.

Returned Check Charge: If any check or order of payment you give us is dishonored, you will pay a charge if we make demand that you do so. The charge will be $25 if the check amount is $50 or less; $30 if the check is over $50 but not more than $300; $40 if the check amount is over $300, or such amount as permitted by law.

OPTION: ☐ You pay no finance charge if the amount financed, item 6, is paid in full on or before _____, Year _____. SELLERS INITIALS _____

**NO COOLING OFF PERIOD**
State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding. If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others. Buyer (and any Co-Buyer) initials _AS_
See back for other important agreements.

**NOTICE TO THE BUYER:** a) Do not sign this contract before you read it or if it contains any blank spaces. b) You are entitled to an exact copy of the contract you sign. Keep it to protect your legal rights.

You agree to the terms of this contract and confirm that you received a completely filled-in copy when you signed it.
Buyer Signs _[signature]_ Date 01-09-03 Co-Buyer Signs _____ Date 01-09-03

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The co-buyer or other owner knows that the Creditor has a security interest in the vehicle and consents to the security interest.

Other owner signs here _____ Address HIALEAH FL 33012
Seller signs POTAMKIN HYUNDAI INC  HYUNDAI MOTOR FINANCE  Date 01-09-03  By _[signature]_ Title _____
Seller assigns its interest in this contract to _____ (Assignee) under the terms of Seller's agreement(s) with Assignee.
☐ Assigned with recourse  ☑ Assigned without recourse  ☐ Assigned with limited recourse
Seller _____ By _[signature]_ Title _____

LAW FORM NO. 553-FL 5/02
©2002 Reynolds and Reynolds TO ORDER: www.reysource.com; 1-800-344-0996; fax 1-800-531-9055
THE PRINTER MAKES NO WARRANTY, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

**ORIGINAL LIENHOLDER**

1. **FINANCE CHARGE AND PAYMENTS**
   a. **How we will figure Finance Charge.** We will treat any Prepaid Finance Charge as fully earned on the date of this contract. We will figure the rest of the finance charge on a daily basis at the Base Rate on the unpaid part of your Principal Balance. Your Principal Balance is the sum of the Amount Financed and the Prepaid Finance Charge, if any.
   b. **How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of your Principal Balance and to other amounts you owe under this contract in any order we choose.
   c. **How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on the front on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.
   d. **You may prepay.** You may prepay all or part of your Principal Balance at any time. If the contract is paid in full within six months after the date you sign it, we may impose an acquisition charge, not exceeding $75, for services performed on your behalf for processing this contract. If you prepay, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.
   e. **You may ask for a payment extension.** You may ask us for a deferral of the scheduled due date of all or any part of a payment (extension). If we agree to your request, we may charge you a $15 extension fee. You must maintain the physical damage insurance required by this contract (see below) during any extension. If you do not have this insurance, we may buy it and charge you for it as this contract says. You may extend the term of any optional insurance you bought with this contract to cover the extension if the insurance company or your insurance contract permits it, and you pay the charge for extending this insurance.
   If you get a payment extension, you will pay additional finance charges at the Base Rate on the amount extended during the extension. You will also pay any additional insurance charges resulting from the extension, and the $15 extension fee if we charge you this fee.

2. **YOUR OTHER PROMISES TO US**
   a. **If the vehicle is damaged, destroyed, or missing.** You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.
   b. **Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.

   If you pay late, we may also take the steps described below.
   b. **You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all you owe on this contract at once. Default means:
      - You do not pay any payment on time;
      - You start a proceeding in bankruptcy or one is started against you or your property; or
      - You break any agreements in this contract.
   The amount you will owe will be the unpaid part of your Principal Balance plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.
   c. **You may have to pay collection costs.** If we hire an attorney to collect what you owe, you will pay the attorney's fee and court costs as permitted by law. This includes any attorneys' fees we incur as a result of any bankruptcy proceeding brought by or against you under federal law.
   d. **We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you if we do so peacefully and the law allows it. If your vehicle has an electronic tracking device, you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you at your expense. If you do not ask for these items back, we may dispose of them as the law allows.
   e. **How you can get the vehicle back.** If we repossess the vehicle, you may pay to get it back (redeem). We will tell you how much to pay to redeem. Your right to redeem ends when we sell the vehicle.
   f. **We will sell the vehicle if you do not get it back.** If you do not redeem, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.
   We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. Attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If the money from the sale is not enough to pay the amount you owe, you must pay the rest to us. If you do not pay this amount when we ask, we may charge you interest at a rate not exceeding the highest lawful rate until you pay.
   g. **What we may do about optional insurance or service contracts.** This contract may contain charges for optional insurance or service contracts. If we repossess the vehicle, you agree that we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle.

4. **WARRANTIES SELLER DISCLAIMS**
   **Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.**
   This provision does not affect any warranties covering the vehicle that the vehicle manufacturer may provide.

without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.

c. **Security Interest.**
You give us a security interest in:
- The vehicle and all parts or goods put on it;
- All money or goods received (proceeds) for the vehicle;
- All insurance or service contracts we finance for you; and
- All proceeds from insurance or service contracts we finance for you. This includes any refunds of premiums.

This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle.

d. **Insurance you must have on the vehicle.**
You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and the charge you must pay. The charge will be the premium of the insurance and a finance charge at the highest rate the law permits. If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.

e. **What happens to returned insurance or service contract charges.** If we obtain a refund on insurance or service contracts, we will subtract the refund from what you owe.

3. **IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES**
a. **You may owe late charges.** You will pay a late charge on each late payment as shown on the front. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments.

warranties of merchantability or of fitness for a particular purpose.
This provision does not affect any warranties covering the vehicle that the vehicle manufacturer may provide.

5. **Used Car Buyers Guide.** The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.
Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

6. **Optional Service Contracts.**
You are not required to buy a service contract to obtain credit. Your choice of service contract providers for any service contracts you buy will not affect our decision to sell or extend credit to you.

7. **Rejection or Revocation.**
If you are permitted under Florida's Uniform Commercial Code to reject or revoke acceptance of the vehicle and you claim a security interest in the vehicle because of this, you must either: (a) post a bond in the amount of the disputed balance; or (b) deposit all installment payments as they become due into the registry of a court of competent jurisdiction.

8. **Applicable Law**
Federal law and the law of the state of the Seller's address shown on the front of this contract apply to this contract.

---

NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

The preceding NOTICE applies only if the "personal, family or household" box in the "Primary Use for Which Purchased" section of this contract is checked. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

Form No. 553-FL 5/02

## STATE OF FLORIDA — LIEN SATISFACTION

| IDENTIFICATION NUMBER | YR | MAKE | MODEL | BODY | WT-L-BHP | VESSEL REGIS. NO. | TITLE NUMBER |
|---|---|---|---|---|---|---|---|
| KMHCG45C03U429120 | 2003 | HYUN | | 4D | 2350 | | 87288334 |

**REGISTERED OWNER**
ANTONIA GENICE SALAZARTE
1670 W 39 PL BLDG APT. 1303
HIALEAH FL 33012

**DATE OF ISSUE:** 01/30/2003

**LIEN RELEASE**
INTEREST IN THE ABOVE DESCRIBED VEHICLE IS HEREBY RELEASED

BY _____

TITLE _____ DATE _____

**MAIL TO:** 01/09/2003
HYUNDAI MOTOR FINANCE
10550 TALBERT AV
FOUNTAIN VALLEY CA 92728



---

## CERTIFICATE OF TITLE

SATISFACTORY PROOF OF OWNERSHIP HAVING BEEN SUBMITTED UNDER SECTION 319.23, 328.03, FLORIDA STATUTES, TITLE TO THE MOTOR VEHICLE OR VESSEL DESCRIBED IS VESTED IN THE OWNER(S) NAMED HEREIN; THIS OFFICIAL CERTIFICATE OF TITLE IS ISSUED FOR SAID MOTOR VEHICLE OR VESSEL

| IDENTIFICATION NUMBER | YR | MAKE | MODEL | BODY | WT-L-BHP | VESSEL REGIS. NO. | TITLE NUMBER |
|---|---|---|---|---|---|---|---|
| KMHCG45C03U429120 | 2003 | HYUN | | 4D | 2350 | | 87288334 |

| PREV ST | COLOR | TEMPORARY TAG NO. | SECONDARY BRAND | NO. OF BRANDS | USE | | PREV ISSUE DATE |
|---|---|---|---|---|---|---|---|
| N | SIL | | | | PVT | | |

| ODOMETER STATUS | OR VESSEL MANUFACTURER OR YR USE | HULL MATERIAL | PROP | DATE OF ISSUE |
|---|---|---|---|---|
| 16 MILES 01/09/2003 ACTUAL | | | | 01/30/2003 |

**REGISTERED OWNER**
ANTONIA GENICE SALAZARTE
1670 W 39 PL BLDG APT. 1303
HIALEAH FL 33012

**LIEN RELEASE**
INTEREST IN THE ABOVE DESCRIBED VEHICLE IS HEREBY RELEASED

BY _____
TITLE _____ DATE _____

**1ST LIENHOLDER** 01/09/2003
HYUNDAI MOTOR FINANCE
10550 TALBERT AV
FOUNTAIN VALLEY CA 92728

DIVISION OF MOTOR VEHICLES — TALLAHASSEE, FLORIDA — DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

CARL A. FORD, DIRECTOR
FRED O. DICKINSON, EXECUTIVE DIRECTOR

**TRANSFER OF TITLE BY SELLER** (This section must be completed at the time of sale.)

**ODOMETER CERTIFICATION** — Federal and state law require that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

This vehicle was warranted and certified free from any liens except as noted on the face of this certificate, and the motor vehicle or vessel described is hereby transferred to:

Purchaser: _____ Address: _____
Selling Price: _____ Date Sold: _____

I/We state that this ___ 5 digit ___ 6 digit odometer now reads _____ [ ] tenths miles, date read ___, and to the best of my knowledge reflects the actual mileage of the vehicle described herein, unless one of the following statements is checked.
[ ] CAUTION — DO NOT CHECK BOX IF ACTUAL MILEAGE
[ ] I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
[ ] I hereby certify that the odometer reading is not the actual mileage. WARNING — ODOMETER DISCREPANCY.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

Signature of Purchaser: _____ Printed Name of Purchaser: _____
Signature of Co-Purchaser: _____ Printed Name of Co-Purchaser: _____
Signature of Seller: _____ Printed Name of Seller: _____
Signature of Co-Seller (When Applicable): _____ Printed Name of Co-Seller: _____
Selling Dealer's License Number: _____ Tax Collected: _____
Auction Name: _____ License Number: _____

HSMV 82250 REV. 01/02

**STATE OF FLORIDA**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

IN RE:
Antonia Genice Salazarte
a/k/a Antonia Funderburk,
Debtor.

CASE NO.: 05-28771-PGH

_____/

AFFIDAVIT REGARDING HYUNDAI MOTOR FINANCE COMPANY'S MOTION SEEKING
RELIEF FROM AUTOMATIC STAY

STATE OF CALIFORNIA

COUNTY OF ORANGE

1. BEFORE ME, the undersigned authority, on this day personally appeared, Deanna Vargas, who after first being duly sworn according to law, deposes and says as follows:

2. Affiiant is sui juris, is not under a legal disability, is employed as a Bankruptcy Representative for Hyundai Motor Finance Company, is authorized to make this affidavit on Creditor's behalf, has custody of and supervises the accounts and records of the Creditor's including the accounts and records of the Debtor involved herein and in such capacity and based upon a review of the Creditor's business records as to the Debtors account, has actual and personal knowledge of all matters stated herein which are true and correct.

3. That on January 9, 2003, the Debtor, Antonia Genice Salazarte, executed a Reinstallment Contract in favor of Movant, a true and correct copy of which was attached to the Creditor's Motion.

4. That, pursuant to the aforementioned Reinstallment Contract, the Movant has a valid security interest in the collateral portrayed therein, and which is further described as: 2003 Hyundai Accent VIN: KMHCG45C03U429120.

5. That, as of the date Debtor filed petition for bankruptcy, the value for this collateral is $5,550.00.

6. That as of the date Debtor filed petition for bankruptcy, the Debtor owes Movant the sum of $11,164.85.

7. The account is due for February 28, 2005 for the regular monthly installment of $325.95 for a total amount past due of $2933.55.

FURTHER AFFIANT SAITH NAUGHT

Hyundai Motor Finance Company

By: *Deanna Vargas*
Deanna Vargas

Before me, the undersigned authority, personally appeared, to me well know and known to me to be the person described in and who executed the foregoing AFFIDAVIT, and acknowledged to me that he/she executed said AFFIDAVIT for the purposes therein expressed.

Witness my hand and official seal this 5th day of December, 2005.

AUDRA TAYLOR
Commission # 1381848
Notary Public - California
Orange County
My Comm. Expires Oct 27, 2006

Notary Public, State of California
My Commission Expires: 10-27-06

200518250